AO 245D     (Rev. 09/11) Judgment in a Criminal Case for Revocations
                Sheet 1

# UNITED STATES DISTRICT COURT

## MIDDLE District of ALABAMA

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
|  | (WO) |
| KEVIN H. CHAMBLISS | Case No.    2:08cr208-01-MHT |
|  | USM No.    12584-002 |
|  | Cecilia Vaca |
|  | Defendant's Attorney |

**THE DEFENDANT:**

[X] admitted guilt to violation of condition(s)    1, 2, and 4 of the amended    petition filed 6/29/15 of the term of supervision.

[ ] was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

*****Violation #3 dismissed on Government's Oral Motion by the court.

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant committed another federal, state, or local crime. | 4/23/2015 |
| 2 | The defendant failed to notify the probation officer at least ten days prior to any change in residence or employment. | 4/22/2015 |
| 4 | The defendant failed to answer truthfully all inquires by the probation officer and follow the instructions of the probation officer. | 4/23/2015 |

     The defendant is sentenced as provided in pages 2 through    2    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

     It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:    1663

Defendant's Year of Birth:    1975

City and State of Defendant's Residence:
         Montgomery, AL

June 30, 2015
Date of Imposition of Judgment

*(signature)*
Signature of Judge

MYRON H. THOMPSON, U.S. DISTRICT JUDGE
Name and Title of Judge

July 2, 2015
Date

| | | Judgment — Page 2 of 2 |
|---|---|---|
| DEFENDANT: | KEVIN H. CHAMBLISS | |
| CASE NUMBER: | 2:08cr208-01-MHT | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

6 Months (consecutively to the term in 2:12cr125-MHT). The term of supervised released imposed on September 7, 2015 is hereby Revoked.

☐ The court makes the following recommendations to the Bureau of Prisons:

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　☐ at _____ ☐ a.m. ☐ p.m. on _____ .

　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　☐ before 2 p.m. on _____ .

　☐ as notified by the United States Marshal.

　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

　　Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MARSHAL

　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　DEPUTY UNITED STATES MARSHAL